UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUAN D. VEGA, JR.,

    Petitioner,

v.

FEDERAL BUREAU OF PRISONS,

    Respondent.

Case No. C09-5076FDB

ORDER OF TRANSFER

Before the court is a petition for writ of habeas corpus. Petitioner is currently in custody, on work release and/or probation, residing in Tacoma, Washington. The Petition appears to attack the legality or basis of the sentence received under cause number CR04-0413MJP. Petitioner specifically challenges the revocation of his "reduction of sentence 'entitlement' for completion of the 500 hour residential drug abuse program (RDAP)." Petitioner argues the Federal Bureau of Prisons's actions have violated his federal rights and denied him due process of law. For reasons which follow, this court transfers this matter to the U.S. District Court for the Western District of Washington in Seattle.

An application for a writ of habeas corpus may be filed either in the district court wherein the petitioner is in custody or in the district court within the State court which convicted and sentenced the petitioner; such district courts have concurrent jurisdiction to entertain the application. 28 U.S.C. § 2241(d); Fest v. Bartee, 804 F.2d 559, 560 (9th Cir. 1986). "The physical presence of the prisoner is not necessary for habeas corpus jurisdiction as long as the court has jurisdiction over the person holding the prisoner." Fest, 804 F.2d at 560, *citing*, Braden v. 30th Judicial Circuit Court of Kentucky, 410 U.S. 484,

ORDER
Page - 1

494-95 (1973). To determine where the action should be located the court should review traditional venue considerations. Id.

In the present case Petitioner is challenging length of his sentence and the Federal Bureau of Prisons' rules and regulations. The underlying criminal matter took place in Seattle, and the sentence being challenged was imposed by the Honorable Marsha Pechman in Seattle, Washington. In the interest of justice, the petition should be transferred to the U.S. District Court located in Seattle.

The Clerk of this court is hereby directed to transfer this case to the U.S. District Court for Western District of Washington in Seattle.

DATED this _____ day of _____, 2009.

Franklin D. Burgess
United States District Judge

Recommended for entry this
23rd day of February, 2009.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge