UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUAN D. VEGA, | |
| Petitioner, | Case No. C09-5076-MJP-JPD |
| v. | |
| FEDERAL BUREAU OF PRISONS, *et al.* | ORDER OF DISMISSAL WITH PREJUDICE |
| Respondents. | |

The Court, having reviewed Petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus (Dkt. No. 5), Petitioner's motions (Dkt. Nos. 6, 11), the Report and Recommendation of United States Magistrate Judge James P. Donohue (Dkt. No. 22), Petitioner's objections (Dkt. No. 23), the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The Court has reviewed Petitioner's objections to the Report and Recommendations. (Dkt. No. 23.) The objections do not establish a live controversy. Petitioner's motion for a temporary restraining order requests an order "directing Respondent to release Petitioner immediately." (Dkt. No. 6 at 1.) There is no question Petitioner has been released. The Court is therefore unable to grant the requested relief.

ORDER OF DISMISSAL WITH PREJUDICE-1

(3) Petitioner's motion for a preliminary injunction (Dkt. No. 6) is DENIED as moot;

(4) Petitioner's motion for leave to conduct discovery (Dkt. No. 11) is DENIED as moot;

(5) Petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus (Dkt. No. 5) is DISMISSED with prejudice as moot; and

(6) The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge James P. Donohue.

DATED this 24th day of November, 2009.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE-2